UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS MAREK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-1076-J |
| | ) |
| C. RANKINS, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and a motion to proceed in forma pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Suzanne Mitchell who entered a Report and Recommendation recommending the Court deny Petitioner's motion to proceed in forma pauperis and require Petitioner to pay the full $5.00 filing fee. [Doc. No. 5]. Thereafter, Petitioner paid the $5.00 filing fee. [Doc. No. 6].

The Court ADOPTS the Report and Recommendation [Doc. No. 5] and DENIES Petitioner's motion to proceed in forma pauperis [Doc. No. 2]. Additionally, since Petitioner has paid the $5.00 filing fee, the Court rerefers this matter to Magistrate Judge Mitchell for proceedings as outlined in the Court's earlier referral. [Doc. No. 4].

IT IS SO ORDERED this 5th day of November, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE