UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CHRIS MAREK,                               )
                                           )
              Petitioner,                  )
                                           )
v.                                         )        Case No. CIV-24-1076-J
                                           )
C. RANKINS,                                )
                                           )
              Respondent.                  )

**ORDER**

Petitioner, an Oklahoma prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241.  The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636.  [Doc. No. 4].  On February 13, 2025, Judge Mitchell issued a Report and Recommendation recommending Respondent's motion to dismiss be granted.  [Doc. No. 15].  Petitioner was advised of his right to object to the Report and Recommendation by March 6, 2025.  Petitioner has filed no objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 15], GRANTS Respondent's Motion to Dismiss [Doc. No. 13], and DISMISSES Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 24th day of March, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE